AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Oregon

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   3:24-mj-228 |
| | ) | |
| | ) | |
| Jimy Arias Diaz | ) | |
| Joel Bonilla Arias | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____October 16, 2024_____ in the county of _____Washington_____ in the

_____ District of _____Oregon_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a) (1) | Possession with intent to distribute controlled substances (Fentanyl) |
| 21 UCS § 846 | Conspiracy to distribute controlled substances |

This criminal complaint is based on these facts:

See affidavit of DEA, Special Agent Kenny Bain, which is attached and incorportated fully by reference

☑ Continued on the attached sheet.

_/s/ By Telephone_
*Complainant's signature*

Kenny Bain, Special Agent, DEA
*Printed name and title*

Sworn via telephone pursuant to Fed. R. Crim. P. 4.1 at 9:13 a.m.

Date:   October 17, 2024

*Youlee Yim You*
*Judge's signature*

City and state:   Portland, Oregon

Hon. Youlee Yim You, United States Magistrate Judge
*Printed name and title*